**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric SLEDGE, Defendant–Appellant.**

**No. 13–10572**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 29, 2013.

Peggy Morris Ronca, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, Tampa, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, Eric Sledge, FPC Montgomery–Inmate Legal Mail Maxwell Air Force Base, Montgomery, AL, for Defendant–Appellant.

Before TJOFLAT, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Eric Sledge in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Sledge's conviction and sentence are **AFFIRMED.**